Argued April 26, affirmed May 30, 1978

McNABB, *Petitioner,*

*v.*

STATE ACCIDENT INSURANCE FUND,
*Respondent.*

(WCB 76-6-57, SAIF PD 62902, CA 9467)

579 P2d 326

Thomas C. Howser, Ashland, argued the cause for petitioner. With him on the brief was Cottle, Howser & Hampton, Ashland.

Stephen D. Brown, Associate Counsel, State Accident Insurance Fund, Medford, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Co.,* 33 Or App 241, 576 P2d 27 (1978).